UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MIMO RESEARCH, LLC,<br><br>　　　　　*Plaintiff*,<br>　v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., et al.,<br><br>　　　　　*Defendants*. | Civil Action No. 5:22-cv-00073-JRG-JBB<br>(Lead Case) |
| MIMO RESEARCH, LLC,<br><br>　　　　　*Plaintiff*,<br>　v.<br><br>MURATA ELECTRONICS NORTH AMERICA, INC. AND MURATA MANUFACTURING CO., LTD.,<br><br>　　　　　*Defendants*. | Civil Action No. 5:22-cv-00074 JRG-JBB<br>(Member Case) |

**<u>DEFENDANT MURATA ELECTRONICS NORTH AMERICA INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Defendant Murata Electronics North America, Inc. hereby files its Unopposed Motion for Extension of Time to Answer or Respond to Plaintiff's Complaint, and respectfully shows the Court the following:

Plaintiff filed its Original Complaint for Patent Infringement on June 15, 2022 against Murata Electronics North America, Inc. and Murata Manufacturing Co., Ltd.  John R. Emerson, counsel for Defendants Murata Manufacturing Co., Ltd., has received limited authorization from Murata Manufacturing Co., Ltd. to waive service on Murata Manufacturing Co., Ltd. through the Hague Convention in exchange for Plaintiff, MIMO Research, LLC agreeing to provide Murata Manufacturing Co., Ltd. and Murata Electronics North America, Inc. (collectively, Murata

1

Defendants) with a 90-day extension of time from the date of August 4, 2022 so that the Murata Defendants date for their responses to the Complaint will be on the same date. (*See* Dkt. 12). Murata Defendants do not waive any other rights or defenses, including, for example, the right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patents.

WHEREFORE, Defendant Murata Electronics North America respectfully requests that the Court enter an Order Granting Murata Electronics North America, Inc's Unopposed Motion for Extension of Time to Answer or Respond to Plaintiff's Complaint up to and including November 2, 2022.

Dated: August 15, 2022

Respectfully submitted,

*/s/ John R. Emerson*
JOHN R. EMERSON
russ.emerson@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000

ATTORNEY FOR DEFENDANT MURATA ELECTRONICS NORTH AMERICA, INC. AND MURATA MANUFACTURING CO., LTD.

### CERTIFICATE OF CONFERENCE

I hereby certify that counsel have complied with the meet and confer requirement in Local Rule CV-7(h) and this Court's Orders, and this motion is unopposed. The parties met and conferred on August 8, 2022. The parties were able to agree that the relief sought by this motion should be granted.

*/s/ John R. Emerson*
JOHN R. EMERSON