UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **MIMO RESEARCH, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.,**<br><br>*Defendants.* | Civil Action No. 5:22-cv-73-JRG-JBB<br><br>JURY TRIAL DEMANDED<br><br>LEAD CASE |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINES TO SERVE CONTENTIONS

CAME ON FOR CONSIDERATION, MIMO Research, LLC's ("Plaintiff's") Unopposed Motion for Extension of Deadlines to Serve Contentions (Dkt. No. 22). The Court, having considered the motion and noting it is unopposed, is of the opinion the motion should be, and is hereby, **GRANTED**.

Accordingly, the deadline for Plaintiff to comply with P.R. 3-1 and 3-2 is extended up to and including September 22, 2022.

Additionally, the deadline for the consolidated Defendants to comply with P.R. 3-3, 3-4, and the Standing Order Regarding Subject-Matter Eligibility Contentions is extended up to and including November 17, 2022.

SIGNED this the 9th day of September, 2022.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE