UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **MIMO RESEARCH, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.,**<br><br>*Defendants.* | **Civil Action No. 5:22-cv-73-JRG-JBB**<br><br>**LEAD CONSOLIDATED CASE** |
| **MIMO RESEARCH, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**QORVO, INC.,**<br><br>*Defendant.* | **Civil Action No. 5:22-cv-75-JRG-JBB**<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO EXTEND RULE 15(a) and 12(f) DEADLINES**

CAME ON FOR CONSIDERATION, MIMO Research, LLC ("MIMO Research" or "Plaintiff") and Qorvo, Inc.'s ("Qorvo") Joint Motion to Extend Rule 15(a) and Rule 12(f) Deadlines. The Court, having considered the joint motion, is of the opinion the motion (Dkt. No. 24) should be, and is hereby, **GRANTED**.

Accordingly, the deadline for Qorvo to file an amended Answer is up to and including September 30, 2022.

IT IS FURTHER ORDERED, the deadline for MIMO Research to file any Rule 12(f) motion to strike any material from the amended Answer is up to and including twenty-one (21) days after filing of the amended Answer.

SIGNED this the 19th day of September, 2022.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE