# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **MIMO RESEARCH, LLC,**<br><br>    *Plaintiff,*<br>  v.<br>**SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.,**<br><br>    *Defendants.* | **Civil Action No. 5:22-cv-73-JRG-JBB**<br><br>**LEAD CONSOLIDATED CASE** |
| **MIMO RESEARCH, LLC,**<br><br>    *Plaintiff,*<br>  v.<br>**MURATA ELECTRONICS NORTH AMERICA, INC. AND MURATA MANUFACTURING CO., LTD.,**<br><br>    *Defendants.* | **Civil Action No. 5:22-cv-74-JRG-JBB**<br><br>**RELATED CASE** |
| **MIMO RESEARCH, LLC,**<br><br>    *Plaintiff,*<br>  v.<br>**QORVO, INC.,**<br><br>    *Defendant.* | **Civil Action No. 5:22-cv-75-JRG-JBB**<br><br>**RELATED CASE** |
| **MIMO RESEARCH, LLC,**<br><br>    *Plaintiff,*<br>  v.<br>**LG ELECTRONICS USA, INC. AND LG ELECTRONICS INC.,**<br><br>    *Defendants.* | **Civil Action No. 5:22-cv-77-JRG-JBB**<br><br>**RELATED CASE** |
| **MIMO RESEARCH, LLC,**<br><br>    *Plaintiff,*<br>  v.<br>**TEXAS INSTRUMENTS INCORPORATED,**<br><br>    *Defendant.* | **Civil Action No. 5:22-cv-83-JRG-JBB**<br><br>**RELATED CASE** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO SUBMIT ESI ORDER

Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., Qorvo, Inc., LG Electronics U.S.A., Inc., LG Electronics Inc., and Texas Instruments file this Unopposed Motion for Extension of Time to Submit an ESI Order. The parties are seeking additional time, not for delay, but to adequately meet and confer to avoid bringing unnecessary disputes to the court. Therefore, good cause exists for this extension of time. The parties request a thirty-day extension of the December 12, 2022, deadline to submit the ESI Order until January 11, 2023.

Dated:  December 8, 2022

Respectfully submitted,

By: */s/ Melissa R. Smith*

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorney for Defendants
Samsung Electronics Company, Ltd., and
Samsung Electronics America, Inc.*


*/s/ Jason T. Lao*
HAYNES AND BOONE, LLP
Jason T. Lao (Cal. Bar. No. 288161)
Jason.lao@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

2

*Attorneys for Defendants Murata Electronics North America, Inc. and Murata Manufacturing Co., Ltd.*

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

R. Tyler Goodwyn IV
Song K. Jung
Matthew Y. Sim (pro-hac)
DENTONS US LLP
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
Tyler.Goodwyn@dentons.com
Song.Jung@dentons.com
Matthew.Sim@dentons.com

Nah-Eun Kim (pro-hac)
DENTONS US LLP
303 Peachtree St NE
Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
Nah-Eun.Kim@dentons.com

*Attorneys for Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc.*

*/s/ Brady Cox*
Michael J. Newton (TX 24003844)
Brady Cox (TX 24074084)
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201

3

Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: mike.newton@alston.com
Email: brady.cox@alston.com
Adam D. Swain (DC 492063)
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC  20004
Telephone:  (202) 239-3300
Facsimile:   (202) 239-3333
Email: adam.swain@alston.com

*Counsel for Defendant Qorvo, Inc*

*/s/ Amanda A. Abraham*
Amanda A. Abraham
Texas Bar No. 24055077
Email: aa@rothfirm.com
ROTH & ABRAHAM LAW FIRM
115 North Wellington, Suite 200
Marshall, Texas 75670
Telephone 903.935.1665
Fax 903.935.1797

Andrea Leigh Fair
Texas State Bar No. 24078488
Email: andrea@wsfirm.com
Jack Wesley Hill
Texas State Bar No.24032294
Email: wh@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323

*ATTORNEYS FOR DEFENDANT
TEXAS INSTRUMENTS
INCORPORATE*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Plaintiff's counsel of record were served with a true and correct copy of the foregoing document by electronic mail on December 8, 2022.

*/s/ Melissa R. Smith*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this motion is unopposed.

*/s/ Melissa R. Smith*