IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **MIMO RESEARCH, LLC,**<br><br>　　　　*Plaintiff,*<br>　　v.<br>**SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.,**<br><br>　　　　*Defendants.* | **Civil Action No. 5:22-cv-73-JRG-JBB**<br><br>**LEAD CONSOLIDATED CASE** |
| **MIMO RESEARCH, LLC,**<br><br>　　　　*Plaintiff,*<br>　　v.<br>**MURATA ELECTRONICS NORTH AMERICA, INC. AND MURATA MANUFACTURING CO., LTD.,**<br><br>　　　　*Defendants.* | **Civil Action No. 5:22-cv-74-JRG-JBB**<br><br>**RELATED CASE** |
| **MIMO RESEARCH, LLC,**<br><br>　　　　*Plaintiff,*<br>　　v.<br>**QORVO, INC.,**<br><br>　　　　*Defendant.* | **Civil Action No. 5:22-cv-75-JRG-JBB**<br><br>**RELATED CASE** |
| **MIMO RESEARCH, LLC,**<br><br>　　　　*Plaintiff,*<br>　　v.<br>**LG ELECTRONICS USA, INC. AND LG ELECTRONICS INC.,**<br><br>　　　　*Defendants.* | **Civil Action No. 5:22-cv-77-JRG-JBB**<br><br>**RELATED CASE** |
| **MIMO RESEARCH, LLC,**<br><br>　　　　*Plaintiff,*<br>　　v.<br>**TEXAS INSTRUMENTS INCORPORATED,**<br><br>　　　　*Defendant.* | **Civil Action No. 5:22-cv-83-JRG-JBB**<br><br>**RELATED CASE** |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT ESI ORDER

Before the Court is the Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., Qorvo, Inc., LG Electronics U.S.A., Inc., LG Electronics Inc., and Texas Instruments' Unopposed Motion for Extension of Time to Submit ESI Order (Dkt. No. 67). Having considered the motion, it is hereby **GRANTED**.

SIGNED this the 12th day of December, 2022.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE