# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MIMO RESEARCH, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.,<br><br>　　　　Defendants. | Civil Action No. 5:22-cv-73-JRG-JBB<br><br>LEAD CONSOLIDATED CASE |

## JOINT MOTION TO STAY
## ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff MIMO Research, LLC and Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc., have settled, in principle, all matters in controversy in the above-captioned action between the parties. Accordingly, the parties jointly move the Court to stay any and all unreached deadlines in this action for thirty (30) days in order to finalize the settlement of this matter and file appropriate dismissal papers.

Dated: December 20, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 */s/ Melissa R. Smith*
　　　　　　　　　　　　　　　　　　　　　　Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24001351
　　　　　　　　　　　　　　　　　　　　　　GILLAM & SMITH, LLP
　　　　　　　　　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　　　　　　　　　Marshall, Texas 75670
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (903) 934-8450
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (903) 934-9257
　　　　　　　　　　　　　　　　　　　　　　Email:  melissa@gillamsmithlaw.com

R. Tyler Goodwyn IV
Song K. Jung
Matthew Y. Sim (pro-hac)
DENTONS US LLP
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
Tyler.Goodwyn@dentons.com
Song.Jung@dentons.com
Matthew.Sim@dentons.com

Nah-Eun Kim (pro-hac)
DENTONS US LLP
303 Peachtree St NE
Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
Nah-Eun.Kim@dentons.com

*Attorney for Defendants*
*LG Electronics Inc. and LG Electronics*
*U.S.A., Inc.,*

*/s/ Daniel P. Hipskind*
Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
Erin E. McCracken (CA SB No. 244523)
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: eem@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

*Attorneys for MIMO Research, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1) on this the 20th day of December, 2022.

/s/ Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirement regarding this Motion on December 20, 2022. The Parties are in agreement and are seeking joint relief.

/s/ Melissa R. Smith