UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **MIMO RESEARCH, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.,**<br><br>*Defendants.* | Civil Action No. 5:22-cv-73<br><br>JURY TRIAL DEMANDED<br><br>LEAD CASE |

### JOINT MOTION FOR ENTRY OF PROPOSED AGREED E-DISCOVERY ORDER

COME NOW, MIMO Research, LLC ("MIMO Research" or "Plaintiff"), Murata Electronics North America, Inc. Murata Manufacturing Co., Ltd., Qorvo, Inc., and Texas Instruments Incorporated (collectively, "Consolidated Defendants") and file this Joint Motion for Entry of Proposed Agreed E-Discovery Order, and shows the Court as follows:

Plaintiff and the Consolidated Defendants have met and conferred and respectfully request the Court enter the attached proposed agreed E-Discovery Order.

Dated: January 23, 2023

Respectfully submitted,

/s/ Daniel P. Hipskind
Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
Erin E. McCracken (CA SB No. 244523)
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: eem@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

*Attorneys for MIMO Research, LLC*

/s/ Jason T. Lao
HAYNES AND BOONE, LLP
Jason T. Lao (Cal. Bar. No. 288161)
Jason.lao@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

*Attorneys for Defendants Murata Electronics North America, Inc. and Murata Manufacturing Co., Ltd.*

/s/ Brady Cox
Michael J. Newton (TX 24003844)
Brady Cox (TX 24074084)
ALSTON & BIRD LLP
Chase Tower

2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: mike.newton@alston.com
Email: brady.cox@alston.com

Adam D. Swain (DC 492063)
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: adam.swain@alston.com

*Counsel for Defendant Qorvo, Inc*

*/s/ Amanda A. Abraham*
Amanda A. Abraham
Texas Bar No. 24055077
Email: aa@rothfirm.com
ROTH & ABRAHAM LAW FIRM
115 North Wellington, Suite 200
Marshall, Texas 75670
Telephone 903.935.1665
Fax 903.935.1797

Andrea Leigh Fair
Texas State Bar No. 24078488
Email: andrea@wsfirm.com
Jack Wesley Hill
Texas State Bar No.24032294
Email: wh@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323

*ATTORNEYS FOR DEFENDANT
TEXAS INSTRUMENTS
INCORPORATE*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff has met and conferred with counsel for the consolidated Defendants, and this motion is joint.

<em>/s/ Daniel P. Hipksind</em>