# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MIMO RESEARCH, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.,<br><br>*Defendants.* | Civil Action No. 5:22-cv-73-JRG-JBB<br><br>LEAD CONSOLIDATED CASE |

### AGREED STIPULATION OF DISMISSAL OF SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD. WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff MIMO Research, LLC ("MIMO Research") hereby stipulates and agrees subject to and upon the Court's approval that all of MIMO Research's claims in this action against Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (collectively, "Samsung") shall be dismissed with prejudice. Samsung hereby stipulates and agrees subject to and upon the Court's approval that all of Samsung's claims and defenses in this action against MIMO Research shall be dismissed without prejudice. Each Party shall bear its own costs, expenses, and attorneys' fees.

AGREED February 2, 2023:

| | |
|---|---|
| */s/ Daniel P. Hipskind* | */s/ Melissa R. Smith* |
| Dorian S. Berger (CA SB No. 264424) | Melissa R. Smith |
| Daniel P. Hipskind (CA SB No. 266763) | State Bar No. 24001351 |
| Erin E. McCracken (CA SB No. 244523) | GILLAM & SMITH, LLP |
| BERGER & HIPSKIND LLP | 303 South Washington Avenue |
| 9538 Brighton Way, Ste. 320 | Marshall, Texas 75670 |
| Beverly Hills, CA 90210 | Telephone: (903) 934-8450 |
| Telephone: 323-886-3430 | Facsimile: (903) 934-9257 |
| Facsimile: 323-978-5508 | Email: melissa@gillamsmithlaw.com |
| E-mail: dsb@bergerhipskind.com | |
| E-mail: dph@bergerhipskind.com | ***Attorney for Defendants*** |
| E-mail: eem@bergerhipskind.com | ***Samsung Electronics Company, Ltd., and Samsung Electronics America, Inc.*** |
| Elizabeth L. DeRieux | |
| State Bar No. 05770585 | |
| CAPSHAW DERIEUX, LLP | |
| 114 E. Commerce Ave. | |
| Gladewater, TX 75647 | |
| Telephone: 903-845-5770 | |
| E-mail: ederieux@capshawlaw.com | |
| | |
| *Attorneys for Plaintiff MIMO Research, LLC* | |