UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MIMO RESEARCH, LLC,<br><br>    *Plaintiff,*<br>    v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.,<br><br>    *Defendants.* | Civil Action No. 5:22-cv-73-JRG-JBB<br><br>LEAD CONSOLIDATED CASE |
| MIMO RESEARCH, LLC,<br><br>    *Plaintiff,*<br>    v.<br><br>LG ELECTRONICS U.S.A., INC. AND LG ELECTRONICS INC.,<br><br>    *Defendants.* | Civil Action No. 5:22-cv-77-JRG-JBB<br><br>JURY TRIAL DEMANDED |

**AGREED STIPULATION OF DISMISSAL OF LG ELECTRONICS U.S.A., INC. AND LG ELECTRONICS, INC. WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff MIMO Research, LLC ("MIMO Research") hereby stipulates and agrees subject to and upon the Court's approval that all of MIMO Research's claims in this action against LG Electronics U.S.A., Inc. and LG Electronics, Inc. (collectively, "LG") shall be dismissed with prejudice. LG hereby stipulates and agrees subject to and upon the Court's approval that all of LG's claims and defenses in this action against MIMO Research shall be dismissed without prejudice. Each Party shall bear its own costs, expenses, and attorneys' fees.

Dated: February 7, 2023

AGREED:

| | |
|---|---|
| */s/ Daniel P. Hipskind* | */s/ Melissa R. Smith* |
| Dorian S. Berger (CA SB No. 264424) | Melissa R. Smith |
| Daniel P. Hipskind (CA SB No. 266763) | State Bar No. 24001351 |
| Erin E. McCracken (CA SB No. 244523) | GILLAM & SMITH, LLP |
| BERGER & HIPSKIND LLP | 303 South Washington Avenue |
| 9538 Brighton Way, Ste. 320 | Marshall, Texas 75670 |
| Beverly Hills, CA 90210 | Telephone: (903) 934-8450 |
| Telephone: 323-886-3430 | Facsimile: (903) 934-9257 |
| Facsimile: 323-978-5508 | Email: melissa@gillamsmithlaw.com |
| E-mail: dsb@bergerhipskind.com | |
| E-mail: dph@bergerhipskind.com | R. Tyler Goodwyn IV |
| E-mail: eem@bergerhipskind.com | Song K. Jung |
| | Matthew Y. Sim (pro-hac) |
| Elizabeth L. DeRieux | DENTONS US LLP |
| State Bar No. 05770585 | Washington, D.C. 20006 |
| CAPSHAW DERIEUX, LLP | Telephone: (202) 496-7500 |
| 114 E. Commerce Ave. | Facsimile: (202) 496-7756 |
| Gladewater, TX 75647 | Tyler.Goodwyn@dentons.com |
| Telephone: 903-845-5770 | Song.Jung@dentons.com |
| E-mail: ederieux@capshawlaw.com | Matthew.Sim@dentons.com |
| | |
| *Attorneys for Plaintiff MIMO Research, LLC* | Nah-Eun Kim (pro-hac) |
| | DENTONS US LLP |
| | 303 Peachtree St NE |
| | Suite 5300 |
| | Atlanta, GA 30308 |
| | Telephone: (404) 527-4000 |
| | Facsimile: (404) 527-4198 |
| | Nah-Eun.Kim@dentons.com |
| | |
| | *Attorney for Defendants* |
| | *LG Electronics Inc. and LG Electronics U.S.A., Inc.,* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1) on February 7, 2023.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirements and the Parties are in agreement to seeking this relief.

*/s/ Melissa R. Smith*
Melissa R. Smith