IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MIMO RESEARCH, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.,<br><br>*Defendants.* | Civil Action No. 5:22-cv-73-JRG-JBB<br><br>LEAD CONSOLIDATED CASE |
| MIMO RESEARCH, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>MURATA ELECTRONICS NORTH AMERICA, INC. AND MURATA MANUFACTURING CO., LTD.,<br><br>*Defendants.* | Civil Action No. 5:22-cv-74-JRG-JBB<br><br>MEMBER CASE |

### AGREED STIPULATION OF DISMISSAL OF MURATA ELECTRONICS NORTH AMERICA, INC. AND MURATA MANUFACTURING CO., LTD. WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff MIMO Research, LLC ("MIMO Research") hereby stipulates and agrees subject to and upon the Court's approval that all of MIMO Research's claims in this action against Murata Electronics North America, Inc. and Murata Manufacturing Co., Ltd. (collectively, "Murata") shall be dismissed with prejudice. Murata hereby stipulates and agrees subject to and upon the Court's approval that all of Murata's claims and defenses in this action against MIMO Research shall be dismissed without prejudice. Each Party shall bear its own costs, expenses, and attorneys' fees.

AGREED March 20, 2023:

<table>
<tr><td>

*/s/ Daniel P. Hipskind*

Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
Erin E. McCracken (CA SB No. 244523)
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: eem@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

*Attorneys for Plaintiff MIMO Research, LLC*

</td><td>

*/s/ Jason T. Lao*

Jason T. Lao (CA SB No. 288161)
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: 949-202-3000
Facsimile: 949-202-3001
E-mail: jason.lao@haynesboone.com

*Attorneys for Defendants Murata Electronics North America, Inc. and Murata Manufacturing Co., Ltd.*

</td></tr>
</table>

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties have met and conferred and this stipulation is joint and agreed.

                                                                                      */s/ Daniel P. Hipskind*